# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00223-CV

**Appellants, Brett Bray, in his Official Capacity as Director of the Motor Vehicle Division of the Texas Department of Transportation; and Gulf States Toyota, Inc.// Cross-Appellant, Tejas Toyota, Inc.**

**v.**

**Appellee, Tejas Toyota, Inc.//Cross-Appellees, Brett Bray, in his Official Capacity as Director of the Motor Vehicle Division of the Texas Department of Transportation; and Gulf States Toyota, Inc.**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-09-002086, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I concur in the judgment and reasoning of the majority opinion, with the exception of the discussion of the statutory duty of good faith and fair dealing found in footnote eleven. Because we need not address the applicability of the statutory duty of good faith and fair dealing to dispose of the appeal, I decline to join footnote eleven of the majority opinion. *See* Tex. R. App. P. 47. 1 (courts of appeals must hand down written opinion that is brief as practicable but that addresses every issue raised and necessary to final disposition of appeal).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Filed:   February 2, 2012